AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of MASSACHUSETTS

DIRECTV, Inc.

V.

Johnathan Deren

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-12275 JLT

TO: (Name and address of Defendant)

Johnathan Deren
84 Rachel Road
Newton, MA 02459

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 11/17/03

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

**Middlesex, ss.**

February 13, 2004

I hereby certify and return that on 2/12/2004 at 10:30AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET & CASE COVER SHEET & CORPORATE DISCLOSURE STATEMENT in this action in the following manner: To wit, by leaving at the last and usual place of abode of JONATHAN DEREN. , 84 RACHEL Road. , Newton, MA. Attest ($5.00), Basic Service Fee ($20.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($5.12) Total Charges $32.92

_John F. Kennedy_
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                    Signature of Server

                                          _____
                                          Address of Server

0400447

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.