UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| DIRECTV, Inc.<br><br>   Plaintiff,<br><br>vs.<br><br>Johnathan Deren<br><br>   Defendant | Case No.: **03cv12275 JLT**<br><br>**PLAINTIFF'S REQUEST<br>FOR ENTRY OF DEFAULT** |

    Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, **Johnathan Deren**, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

_____
Date

_____
John M. McLaughlin (BBO: 556328)
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ____ day of _____, 2004, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Johnathan Deren
84 Rachel Road
Newton, MA

_____
John M. McLaughlin, Esq.